**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
lwakayama@maclaw.com
   Attorneys for Plaintiff Seed Consulting LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Seed Consulting LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Fundia Credit & Capital, LLC, a Utah limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendant. | Case Number: <br> 2:16-cv-01320-JAD-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

In accordance with a settlement reached by the parties, Plaintiff Seed Consulting, LLC, by and through its counsel of record, the law firm of Marquis Aurbach Coffing, and Defendant Fundia Credit & Capital, LLC, by and through its counsel of record, the law firm of Invictus Law, P.C., hereby stipulate and agree to these material terms as follows:

/ / /

/ / /

/ / /

MAC:13781-022 2878057_1 8/25/2016 11:00 AM

1. Pursuant to the settlement agreement, this lawsuit between Plaintiff Seed Consulting, LLC and Defendant Fundia Credit & Capital, LLC shall be dismissed with prejudice; and

2. Each party agrees to bear its own attorney fees and costs.

IT IS SO STIPULATED.

Dated this 25th day of August, 2016

MARQUIS AURBACH COFFING

By: */s/ Liane K. Wakayama, Esq.*
  Terry A. Coffing, Esq.
  Nevada Bar No. 4949
  Liane K. Wakayama, Esq.
  Nevada Bar No. 11313
  10001 Park Run Drive
  Las Vegas, Nevada  89145
  *Attorneys for Plaintiff Seed Consulting LLC*

Dated this 25th day of August, 2016

**INVICTUS LAW, P.C.**

By: */s/ Blair R. Jackson, Esq.*
  Blair R. Jackson, Esq.
  Nevada Bar No. 9839
  360 S. Technology Way, #200
  Lindon, Utah 84042
  *Attorneys for Defendant Fundia Credit & Capital, LLC*

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated:  August 25, 2016.

_____
UNITED STATES DISTRICT JUDGE